UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:20-cv-04954-DDP-GJS | Date | November 23, 2020 |
| Title | Duc Chung et al v. Carnival Corporation et al | | |

| Present: The Honorable | DEAN D. PREGERSON, UNITED STATES DISTRICT JUDGE |
|---|---|
| Patricia Gomez | Maria Bustillos |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Elizabeth Cabraser<br>Mark Chalos<br>Christopher Coleman<br>Gretchen Nelson | David Weiner |

**Proceedings:**     Telephone Motion to Dismiss Case [36]
              Telephone Motion to Dismiss Case [37]

   Case called; appearances made. Court and counsel confer as reflected on the record.  The matter is taken under submission.

                                                              :    31

                                       Initials of Preparer   PG