1  MARY E. ALEXANDER, ESQ. (SBN: 104173)
   Mary Alexander & Associates, P.C.
2  44 Montgomery Street, Suite 1303
   San Francisco, California 94104
3  Telephone: (415) 433-4440
4  Facsimile: (415) 433-5440
   Email: malexander@maryalexanderlaw.com
5
6  ELIZABETH J. CABRASER (SBN: 083151)
   Lieff Cabraser Heimann & Bernstein, LLP
7  275 Battery Street, 29th Floor
   San Francisco, CA 94111-3339
8  Telephone: (415) 956-1000
   Facsimile: (415) 956-1008
9  Email: ecabraser@lchb.com
10
11 GRETCHEN NELSON (SBN: 112566)
   Nelson & Fraenkel LLP
12 601 So. Figueroa Street, Suite 2050
   Los Angeles, CA 90017
13 Telephone: (213) 622-6469
   Facsimile: (213) 622-6019
14 Email: gnelson@nflawfirm.com

15 *Attorneys for Plaintiff*
   [Additional counsel on signature page]
16

17                UNITED STATES DISTRICT COURT
18
                  CENTRAL DISTRICT OF CALIFORNIA
19

| | |
|---|---|
| DUC CHUNG, BERNETTA EVERETT, DWIGHT EVERETT, DEBRA LEONELLI, DAVID REGE, CONNIE SIMMONS, JAMES SIMMONS, and MICHAEL SIMMONS on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br>   vs.<br>CARNIVAL CORPORATION, et al.,<br>   Defendants. | Case No.: 2:20-cv-04954-DDP-GJSx<br><br>**JOINT STIPULATION PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii) TO DISMISS COMPLAINT**<br><br>Judge: Hon. Dean D. Pregerson<br>Magistrate: Hon. Gail Standish<br>Filed: 06/04/2020 |

**WHEREAS,** the parties have reached a settlement of all claims by all Plaintiffs against all Defendants and have agreed jointly to stipulate to the dismissal of the Complaint in its entirety in accordance with Fed.R. Civ. P. 41(a)(1)(A)(ii).

**NOW THEREFORE**, it is hereby stipulated as follows:

The Complaint shall be dismissed in accordance with Fed.R.Civ.P. 41(a)(1)(A)(ii) with prejudice and without costs to any party, and the Court shall retain jurisdiction to enforce the settlement.

**IT IS SO STIPULATED.**

Dated:   June 27, 2022             NELSON & FRAENKEL LLP


By:   /s/ Gretchen M. Nelson

Gretchen M. Nelson (112566)
gnelson@nflawfirm.com
Carlos F. Llinás Negret (284746)
cllinas@nflawfirm.com
601 So. Figueroa Street, Suite 2050
Los Angeles, CA 90017
Telephone:  213-622-6469
Facsimile:  213-622-6019

Dated:  June 27, 2022             MARY E. ALEXANDER, ESQ. (SBN: 104173)
Mary Alexander & Associates, P.C.
44 Montgomery Street, Suite 1303
San Francisco, California 94104
Telephone:  (415) 433-4440
Facsimile:  (415) 433-5440
Email:  malexander@maryalexanderlaw.com


By:     /s/ Mary E. Alexander

| | | |
|---|---|---|
| 1 | Dated: June 27, 2022 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 2 | | |
| 3 | | |
| 4 | | By: */s/ Elizabeth J. Cabraser* |
| 5 | | Elizabeth J. Cabraser (SBN 083151) *ecabraser@lchb.com* |
| 6 | | Jonathan D. Selbin (SBN 170222) *jselbin@lchb.com* |
| 7 | | 275 Battery Street, 29th Floor San Francisco, CA 94111-3339 |
| 8 | | Telephone: (415) 956-1000 Facsimile: (415) 956-1008 |
| 9 | | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 10 | | Mark P. Chalos (*Pro Hac Vice*) *mchalos@lchb.com* |
| 11 | | 222 2nd Avenue South, Suite 1640 Nashville, TN 37201 |
| 12 | | Telephone: (615) 313-9000 Facsimile: (212) 313-9965 |
| 13 | | |
| 14 | | *Attorneys for all Plaintiffs* |
| 15 | Dated:    June 27, 2022 | MALTZMAN & PARTNERS, PA |
| 16 | | |
| 17 | | |
| 18 | | By: */s/ Jeffrey A. Maltzman* |
| 19 | | Jeffrey A. Maltzman *jeffreym@maltzmanpartners.com* |
| 20 | | 681 Encinitas Blvd., Suite 315 Encinitas, CA. 92024 |
| 21 | | Telephone: 213-330-0535 Facsimile: 213-330-0534 |
| 22 | | |
| 23 | | *Attorney for Defendant Princess Cruise Lines Ltd.* |

| | | |
|---|---|---|
| 1 | Dated:   June 27, 2022 | ARNOLD & PORTER |
| 2 | | |
| 3 | | By: */s/ Jonathan W. Hughes* |
| 4 | | Jonathan W. Hughes |
| 5 | | Jonathan.hughes@arnoldporter.com<br>Three Embarcadero Center, Tenth Floor<br>San Francisco, CA. 94111-4024 |
| 6 | | Telephone:  415-471-3156<br>Facsimile:  415-471-3400 |
| 7 | | |
| 8 | | *Attorneys for Defendants Carnival Corporation and Carnival PLC* |

# ATTESTATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

Dated this 27th day of June, 2022

NELSON & FRAENKEL LLP

By: */s/ Gretchen M. Nelson*
GRETCHEN M. NELSON
601 So. Figueroa Street, Suite 2050
Los Angeles, CA 90017
Telephone: 213-622-6469
Facsimile: 213-622-6019

*Attorneys for Plaintiffs*